# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF GILBERT,<br><br>          Plaintiff,<br><br>   v.<br><br>BALDWIN, et. al.,<br><br>          Defendants.<br>_____/ | CV F   05 1627 OWW LJO P<br><br>ORDER DENYING MOTION FOR COPY OF FEDERAL RULES OF CIVIL PROCEDURE, LOCAL RULES AND BLANK SUMMONSES<br>(Doc. 4.) |

     Jeff Gilbert ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     Plaintiff filed the instant action on November 2, 2005, in the U.S. District Court for the Central District of California. The case was subsequently transferred to this Court and received on December 22, 2005.

     On January 30, 2006, Plaintiff filed a Motion for service of copy of local rules, federal rules of civil procedure and summons so he could effect service on Defendants. Plaintiff's request is denied. The Court does not have the funds nor the resources to send every litigant a copy of the Federal Rules of Civil Procedure and the Local Rules. Should Plaintiff wish to obtain a copy of the Local Rules, he may submit a request to the Clerk's Office along with a self addressed stamped envelope along with the funds of $4.00 for postage. The Court does not, however, have copies of the Federal Rules of Civil Procedure available for purchase. Copies of both the Federal and Local Rules are generally available for review from the institution's law

1 library. Such information was contained in this Court's new case documents issued to Plaintiff
2 on January 30, 2005.
3      With respect to Plaintiff's request for blanks summons, his request is DENIED. The
4 Court has a preliminary duty to screen cases filed under Section 1983 to determine whether they
5 state a claim for relief. Only after such determination is made will the Court issue an Order
6 directing the U.S. Marshal to serve the Defendant's on Plaintiff's behalf. Accordingly, the Court
7 HEREBY ORDERS Plaintiff's Motion for copies of rules and summons is DENIED. The Court
8 will proceed with the screening of Plaintiff's case in due course.
9 IT IS SO ORDERED.

10 **Dated:   February 7, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                           UNITED STATES MAGISTRATE JUDGE