IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF GILBERT, | CASE NO. CV F 05-1627 OWW LJO |
| Plaintiff, | **ORDER TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| OFFICER PAUL BALDWIN, et al., | |
| Defendants. | |

Plaintiff Jeff Gilbert ("plaintiff") is a state prisoner and proceeds pro se in this action. Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72-302.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, this Court GRANTS the request to proceed in forma pauperis. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $250 for this action.[1] This order assesses an initial partial filing fee of $1.20. 28 U.S.C. § 1915(b)(1). By separate order, the Court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to this Court's clerk. Thereafter, plaintiff will be obligated for monthly payments of 20 percent of the preceding month's income credited to plaintiff's trust account.

---

[1] The statutory filing fee for all civil actions, except applications for writs of habeas corpus, is $250. *See* 28 U.S.C. § 1914(a).

1

1 | These payments will be forwarded by the appropriate agency to this Court's clerk each time the amount
2 | in plaintiff's account exceeds $10, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
3 |     Accordingly, this Court:
4 |     1.    GRANTS plaintiff's request for leave to proceed in forma pauperis; and
5 |     2.    ORDERS plaintiff to pay the statutory filing fee of $250 for this action and ASSESSES
6 |     plaintiff an initial partial filing fee of $1.20. All fees shall be collected and paid in
7 |     accordance with this Court's order to the Director of the California Department of
8 |     Corrections filed concurrently.
9 |     IT IS SO ORDERED.
10 | **Dated:   March 2, 2006**            /s/ Lawrence J. O'Neill
    66h44d                       UNITED STATES MAGISTRATE JUDGE