# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF GILBERT,                                   CASE NO. CV F 05-1627 OWW LJO

       Plaintiff,                   **ORDER FOR SERVICE OF COMPLAINT**

     vs.

OFFICER PAUL BALDWIN, et al.,

       Defendants.
                                 /

      Plaintiff Jeff Gilbert ("plaintiff") is a state prisoner and proceeds pro se in this action. Plaintiff's complaint, filed November 2, 2005, is pending before this Court although it was originally filed in the U.S. District Court, Central District of California. This Court has granted plaintiff's request to proceed in forma pauperis. Accordingly, this Court:

     1.     ORDERS that service is appropriate for defendants Paul Baldwin, Jamery Ray and Inyo County Sheriff's Department;

     2.     DIRECTS this Court's clerk to send plaintiff three USM-285 forms, three summons, an instruction sheet and a copy of plaintiff's complaint, filed November 2, 2005; and

     3.     ORDERS plaintiff, no later than April 3, 2006, to complete the Notice of Submission of Documents and submit the completed Notice to this Court with the following documents:

          a.     Completed summonses;

          b.     One completed USM-285 form for each defendant noted above; and

1              c.      Three copies of the endorsed complaint, filed November 2, 2005.

2       Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order.  Local Rule 11-110.**

IT IS SO ORDERED.

Dated:    **March 2, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                          UNITED STATES MAGISTRATE JUDGE