# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF GILBERT, | CASE NO. CV F 05-1627 OWW LJO |
| Plaintiff, | **ORDER ON PLAINTIFF'S NOTICE AND SERVICE OF MOTION** |
| vs. | (Doc. 15.) |
| OFFICER PAUL BALDWIN, et al., | |
| Defendants. | |

On June 29, 2006, plaintiff filed a document entitled "Plaintiff's Notice And Service Of Motion." This Court construes the document as a request for entry of default or to set a deadline for defendants to respond to plaintiff's civil rights complaint. This Court DENIES plaintiff's request as premature in that the U.S. Marshal's office has filed no papers to indicate service of the summons and complaint on defendants. Filing of service documents by the U.S. Marshal's office is expected soon.

IT IS SO ORDERED.

**Dated:   June 30, 2006**           /s/ Lawrence J. O'Neill
66h44d                                      UNITED STATES MAGISTRATE JUDGE

1