UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF GILBERT, | ) | No. 1:05-CV-1627-OWW-NEW (TAG) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER PAUL BALDWIN, OFFICER JAMERY RAY, and INYO COUNTY SHERIFF'S DEPARTMENT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This action came on for hearing before the Court on October 29, 2007, the Honorable Oliver W. Wanger, United States District Judge Presiding, on a Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that this action be dismissed on the merits, and that defendants Paul Baldwin, Jamery Ray, and the County of Inyo/Inyo County Sheriff's Department recover their costs.

Dated: __November 17, 2007_____

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
United States District Judge

1

(PROPOSED) JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com